UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TEEVAUGHN N. THOMAS,　　　　　) EDCV No. 22-1162 KS
　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　) [PROPOSED] JUDGMENT OF REMAND
KILOLO KIJAKAZI,　　　　　　　　)
Acting Commissioner of Social　　)
Security,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　Defendant.　　　　　　　　　)

The Court having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATE: December 22, 2022

_____
THE HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE