LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TEEVAUGHN THOMAS, | ) No. EDCV 22-1162 KS |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING |
| | ) EAJA FEES |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND TWO HUNDRED FIFTY SIX DOLLARS AND 27/100 ($3,256.27), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: January 17, 2023     _Karen L. Stevenson_

                     HON. KAREN L. STEVENSON
                     UNITED STATES MAGISTRATE JUDGE