UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 22-1162-KS                                        Date: February 17, 2023

Title   *Teevaughn N. Thomas v. Kilolo Kijakazi*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (IN CHAMBERS) AMENDED ORDER AWARDING PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §§ 1920, 2412(d) [DKT. NO. 22]**

On December 22, 2022, this Court entered Judgment remanding this Social Security appeal to the Commissioner of Social Security for further proceedings pursuant to a stipulation of the parties.  (Dkt. No. 19.)

Thereafter, on January 13, 2023, the parties stipulated that Plaintiff be awarded attorney fees and zero costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of three thousand two hundred fifty six dollars and twenty-seven cents ($3,256.27).  (Dkt. No. 20.)  The parties represented to the Court that the above amount constituted "compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d)."  (*Id.* at 1-2.)  On January 17, 2023, the Court issued an Order awarding EAJA fees in the amount of $3,256.27.  (Dkt. No. 21.)

The Court is now in receipt of the parties' Corrected Stipulation for the Award and Payment of EAJA fees, filed on February 16, 2023 ("Corrected Stipulation").  (Dkt. No. 22.)  The Corrected Stipulation requests that the Court award EAJA fees in the "amount of  THREE THOUSAND ONE HUNDRED SEVENTEEN DOLLARS AND 52/100 ($3,117.52) which was previously and inadvertently filed in the wrong amount of $3,256.27."  (*Id.* at 2.)  The parties contend that the "corrected amount represents compensation for all legal services, and zero costs, rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d)."  (*Id.*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   EDCV 22-1162-KS                                                                        Date: February 17, 2023

Title   <u>Teevaughn N. Thomas v. Kilolo Kijakazi</u>

Based upon the foregoing, the Court orders as follows:

(1) The Order Awarding EAJA Fees issued on January 17, 2023 (dkt. No. 21) is hereby **VACATED**.

(2) Based upon the parties' **Corrected** Stipulation, filed on February 16, 2023 (dkt. no. 22), IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND ONE HUNDRED SEVENTEEN DOLLARS AND 52 cents ($3,117.52), and costs in the amount of ZERO dollars ($0.00), subject to the terms of the Corrected Stipulation.

**IT IS SO ORDERED.**

**Initials of Preparer**     :  gr